108 A.3d 27

**Haddrick BYRD, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY; Criminal Justice Center, 1301 Filbert Street, Phila. 19107, Respondent.**

**No. 170 EM 2014.**

Supreme Court of Pennsylvania.

Jan. 12, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of January, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**